IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GRAVLEY, SR., TYRONE BANKS, and BARBARA WELZENBACH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE,<br><br>　　　　　　　　Defendant. | Master File No. 2:24-cv-01148-MMB<br><br>CONLIDATED CASE |

## STIPULATION AND ORDER TO STAY PENDING MEDIATION

Plaintiffs Steven Gravley, Sr., Tyrone Banks, and Barbara Welzenbach, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), and Defendant Fresenius Vascular Care, Inc. d/b/a Azura Vascular Care, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective undersigned attorneys, hereby stipulate as follows:

1.　Currently pending before this Court is Defendant's motion to dismiss the Consolidated Complaint for lack of standing pursuant to Rule 12(b)(1) and for failure to state a claim pursuant to Rule 12(b)(6). Plaintiffs' opposition has been filed, and Defendant's reply is due on September 27, 2024.

2.　To minimize the time and the expense of protracted litigation, however, the Parties have agreed to mediate the claims in this action with Bennett G. Picker, Esq. of Stradley Ronon.

3.　The Parties therefore request a 120 day stay of this action.

4.　At the conclusion of the 120 days, the Parties will submit a joint status report to the Court reporting on the outcome of the mediation, the status of potential settlement, and whether the stay should be lifted or extended.

<table>
<tr><td>

Dated: September 11, 2024

/s/ *Andrew W. Ferich*
Andrew W. Ferich (PA Bar 313696)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA Bar 201373)
SHUB & JOHNS LLC
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

*Interim Co-Lead Counsel*

</td><td>

Dated: September 11, 2024

/s/ *Maura L. Burke*
Maura L. Burke, Esq. (PA Bar 308222)
PIERSON FERDINAND LLP
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Tel. 267-702-3912
maura.burke@pierferd.com

Howard E. Panensky (*pro hac vice*)
PIERSON FERDINAND LLP
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
Te. 551-298-5043
howard.panensky@pierferd.com

*Attorneys for Defendant*

</td></tr>
</table>

**DATED: September 12, 2024**          **APPROVED BY THE COURT**

*Michael M. Baylson*
**MICHAEL M. BAYLSON, U.S.D.J**