IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GRAVLEY, SR., TYRONE BANKS, BARBARA WELZENBACH, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br>    v.<br><br>FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE,<br><br>                  Defendant. | Master File No. 2:24-cv-01148-MMB<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Steven Gravley, Sr., Tyrone Banks, and Barbara Welzenbach, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying a class for the purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing Andrew W. Ferich of Ahdoot & Wolfson, PC and Benjamin F. Johns of Shub Johns & Holbrook LLP as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' Fee Award and Costs and Service Awards to Class Representatives; and (8) granting such other relief and further relief as the Court deems just and proper.

Defendant, Fresenius Vascular Care, Inc. d/b/a Azura Vascular Care, Inc., does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement, the Joint Counsel Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; Declaration of Settlement Administrator Regarding Notice Administration; and all prior pleadings and proceedings properly before the Court.

Dated: February 14, 2025  Respectfully Submitted,

/s/ *Andrew W. Ferich*
Andrew W. Ferich (PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA I.D. No. 201373)
Samantha E. Holbrook (PA I.D. No. 311829)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of February 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

                                                              */s/ Andrew W. Ferich*
                                                               Andrew W. Ferich