IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN GRAVLEY, SR.,** individually and on behalf of all others similarly situated<br><br>v.<br><br>**FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE** | **CIVIL ACTION**<br><br>**NO. 24-1148**<br><br>**CONSOLIDATED CASE** |

## ORDER – NOTICE TO COUNSEL

AND NOW this 24th day of February, 2025 the Court enters this Order/Notice to Counsel that the Court has approved the Motion for Preliminary Approval and will closely scrutinize any Petition for payment of administrative fees and/or counsel fees and expenses. Counsel is advised to make sure that all administrative expenses are reasonable and necessary and that counsel fees take into account the amount of time reasonably and necessary spent by counsel in representing the class, as well as the percentage of settlement factor. Petitions must be very detailed in all respects and include time entries.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1148 Gravley v Fresenius\24cv1148 notice to counsel.docx