IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN GRAVLEY, SR., TYRONE BANKS, AND BARBARA WELZENBACH,** individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>**FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 24-1148**<br><br>**CONSOLIDATED CASE** |

# O R D E R

**AND NOW** this 24th day of February, 2025, it is hereby **ORDERED** that in light of the preliminary approval of the class settlement (ECF 34), the pending Motion to Dismiss filed on July 15, 2024 (ECF 17) is **DENIED as moot**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1148 Gravley v Fresenius\24cv1148 order re moot mtd.docx