IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN GRAVLEY, SR., TYRONE BANKS, AND BARBARA WELZENBACH,** individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>**FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 24-1148**<br><br>**CONSOLIDATED CASE** |

**O R D E R**

**AND NOW** this 22nd day of May, 2025, upon review of Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards (ECF 38), it is hereby **ORDERED** that counsel is directed to review this Court's opinion in Ward v. Flagship Credit Acceptance LLC, No. 17-CV-2069, 2020 WL 759389 (E.D. Pa. Feb. 13, 2020) (Baylson, J.), petition denied, No. 20-8019 (3d Cir. 2020), in which this Court rejected a fee petition and proposed class action settlement agreement that similarly contained a de minimis recovery for claimants. Counsel shall be prepared to discuss the Ward case at the upcoming final approval hearing on June 16, 2025.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1148 Gravley v Fresenius\24cv1148 Order re Mot. for Fees Hearing.docx