**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN GRAVLEY, SR., TYRONE BANKS, BARBARA WELZENBACH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE,<br><br>        Defendant. | Case No. 2:24-cv-01148-MMB<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final approval of the proposed Settlement in this matter and entering final judgment. Plaintiffs are concurrently submitting a memorandum of law that addresses the final approval factors, and a proposed Final Approval Order and Final Judgment.

Dated: June 12, 2025

Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. # 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA I.D. # 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

*Class Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 12th day of June 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ Andrew W. Ferich
Andrew W. Ferich (PA I.D. # 313696)

2