## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN GRAVLEY, SR., TYRONE BANKS, AND BARBARA WELZENBACH,** individually and on behalf of all others similarly situated<br><br>                                    Plaintiffs,<br><br>  **v.**<br><br>**FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE**<br><br>                                    Defendant. | **CIVIL ACTION**<br><br>**NO. 24-1148** |

## O R D E R

**AND NOW** this 25th day of June, 2025, following a final approval hearing held on June 16, 2025, it is hereby **ORDERED** that Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards (ECF 38) and Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF 41) shall be **HELD UNDER ADVISEMENT** pending additional submissions from counsel.

It is further **ORDERED** that counsel shall file the following materials by **July 15, 2025**:

- A copy of Defendant's notice letter to the class offering class members credit monitoring services.

- Detailed timekeeping records for the highest-billing attorneys on the case, including Robert Ahdoot, Jonathan Shub, Benjamin Johns, Andrew Ferich, Samantha Holbrook, and Alyssa Brown.  Counsel may file these timekeeping records under seal.

- A citation to the Labcorp case in the United States Supreme Court, as discussed by counsel at the hearing.

- A final accounting of the claims and proposed payments to class members under the settlement agreement.

The July 15, 2025 deadline is intended to give sufficient time after the June 30, 2025 claims deadline for counsel to file these additional submissions.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1148 Gravley v Fresenius\24cv1148 Order re Final Approval and Additional Documents.docx