## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN GRAVLEY, SR., TYRONE BANKS, AND BARBARA WELZENBACH**, individually and on behalf of all others similarly situated<br><br>                                Plaintiffs,<br><br>**v.**<br><br>**FRESENIUS VASCULAR CARE, INC. d/b/a AZURA VASCULAR CARE**<br><br>                                Defendant. | **CIVIL ACTION**<br><br>**NO. 24-1148** |

## O R D E R

**AND NOW** this 24th day of July, 2025, it is hereby **ORDERED** that Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF 41) is **GRANTED** and Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards is **GRANTED in part** and **DENIED in part** as detailed below:

1. Each of the three Named Plaintiffs shall be paid a service award of $2,500 from the Settlement Fund;

2. Class Counsel shall be paid $14,062.32 in expenses from the Settlement Fund;

3. Class Counsel shall be paid $787,500 in attorneys fees from the Settlement Fund.

The Clerk of Court shall close this case.

                                        **BY THE COURT:**

                                        _____
                                        MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1148 Gravley v Fresenius\24cv1148 Order re Final Approval and Attorney Fees.docx